GREAT LAKES AIRLINES, Inc., a corporation, and Currey Air Transport Limited, a corporation, Petitioners,

v.

CIVIL AERONAUTICS BOARD OF THE UNITED STATES of America, Respondent.

No. 14988.

United States Court of Appeals Ninth Circuit.

Jan. 16, 1956.

Keatinge & Older, Los Angeles, Cal., for appellants.

Franklin M. Stone, General Counsel, John H. Wanner, Asst. General Counsel, Robert L. Park, Daniel M. Friedman, Attorneys, Civil Aeronautics Board, Washington, D. C., for appellee.

Before DENMAN, Chief Judge, and ORR and POPE, Circuit Judges.

PER CURIAM.

The motion for stay is denied and the petition for review is dismissed upon the authority of Chicago & Southern Air Lines, Inc., v. Waterman Steamship Corp., 333 U.S. 103, 112–113, 68 S.Ct. 431, 92 L.Ed. 568; Western Air Lines v. Civil Aeronautics Board, 9 Cir., 184 F.2d 545, 548, 549, and Home Loan Bank Board v. Mallonee, 9 Cir., 196 F.2d 336, 380.

Israel G. HALPERT, as Trustee in Bankruptcy of the Carburetor Corporation, Plaintiff-Appellant,

v.

ENGINE AIR SERVICE, Inc., Lawrence A. Hauft, Lena P. Hauft, Walter S. Burfoot and May D. Burfoot, Defendants-Appellees.

No. 187, Docket 23777.

United States Court of Appeals Second Circuit.

Argued Jan. 10, 1956.

Decided Jan. 23, 1956.

See, also, 2 Cir., 212 F.2d 860.

William J. Rudin, Brooklyn, N. Y. (Max Schwartz, Brooklyn, N. Y., on the brief), for plaintiff-appellant.

Emerson A. Swartz, Garden City, N. Y. (Moore & Swartz and James G. Moore, Garden City, N. Y., on the brief), for defendants-appellees.

Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of District Judge Galston, D.C.E.D.N.Y., 131 F.Supp. 398.

Fritz BUSCHE, Petitioner,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 15631.

United States Court of Appeals Fifth Circuit.

Feb. 7, 1956.

Harold E. Smith, Atlanta, Ga., Smith & Webb, Atlanta, Ga., of counsel, for petitioner.

Melva M. Graney, Atty. Dept. of Justice, Washington, D. C., H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Sp. Asst. to Atty. Gen., Louise Foster, Atty. Dept. of Justice, John Potts Barnes, Chief Counsel, Int. Rev. Service, John M. Morawski, Sp. Atty., Washington, D. C., for respondent.

Before BORAH, TUTTLE and JONES, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of the Tax Court, 23 T.C. 709.